IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   vs.<br><br>AMBER YOUNG,<br><br>                  Defendant. | Case No. 3:23-cr-00091-RRB<br><br>**ORDER ACCEPTING RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

       The Court hereby ACCEPTS and ADOPTS the recommendation of the Magistrate Judge at Docket 511 wherein the Magistrate Judge accepted Defendant's guilty plea to Count 2 of the Indictment and recommended that the Court do the same. Based thereon, and after a review of the record, the Court hereby ACCEPTS Defendant's guilty plea and enters an adjudication of guilt thereon.

       IT IS SO ORDERED this 14th day of May, 2025, at Anchorage, Alaska.

                                                        */s/ Ralph R. Beistline*
                                                         RALPH R. BEISTLINE
                                                  Senior United States District Judge